IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>CHARLES J. BAASCH,<br><br>               Defendants. | **4:13CR3115**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion of attorney Thomas R. Lamb to withdraw as counsel of record for defendant Charles J. Baasch, (filing no.107), is granted.

2) The clerk shall delete Thomas R. Lamb from any future ECF notifications herein.

March 12, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge